

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-15-00125-CV

**SANDERSON FARMS, INC. (PROCESSING DIVISION),**
                                                               **Appellant**
 **v.**

**GERALD W. WATSON,**

                                                                   **Appellee**

**From the 414th District Court**
**McLennan County, Texas**
**Trial Court No. 2010-3000-5**

**MEMORANDUM OPINION**

Appellant Sanderson Farms, Incorporated (Processing Division) appealed the trial court's judgment rendered against Sanderson Farms. It now files a motion to dismiss its appeal, citing that all disputed issues between the parties have been resolved and settled.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Appeal dismissed
Opinion delivered and filed December 10, 2015
[CV06]

